Fill in this information to identify the case:

Debtor name: **THOMAS ANTON & ASSOCIATES, A LAW CORPORATION**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Elaine Clifford, et al c/o Nicholas J. Street Zimmer & Melton 11601 Bolthouse Drive, Ste. 100 Bakersfield, CA 93301 | | Complaint - Kern County Superior Court Case No. BCV-20-102259-TSC Judgment entered | | | | $118,163.45 |
| aInternal Revenue Service P.O. Box 145595, Stop 8420G Cincinnati, OH 45250 | | Taxes | | | | $60,086.31 |
| Evanston Insurance Company c/o Gary A. Bemis, Esq. 12155 Magnolia Avenue, No. 9b Riverside, CA 92503 | | Complaint-Kern County Superior Court Case No. BCV-20-101989 Judgment entered | | | | $40,633.69 |
| Lisa Hammond 6820 High Peaks Drive Bakersfield, CA 93313 | | Complaint-Kern County Superior Court Case No. BCS19002776 Judgment entered | | | | $9,257.60 |
| bInternal Revenue Service P.O. Box 145595, STOP 8420G Cincinnati, OH 45250 | | Taxes | | | | $6,134.60 |

Debtor    **THOMAS ANTON & ASSOCIATES, A LAW CORPORATION**      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Internal Revenue Service P.O. Box 145595, STOP 8420G Cincinnati, OH 45250-5585 | | Taxes | | | | $4,107.89 |
| cEmployment Development Department Lien Group, MIC 92G P.O. Box 826880 Sacramento, CA 94280 | | Taxes | | | | $1,766.10 |
| dEmployment Development Department Lien Group, MIC 92G P.O. Box 826880 Sacramento, CA 94280 | | Taxes | | | | $184.76 |